# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

LEO PAPER GROUP, a Hong Kong corporation, d/b/a LEO PAPER PRODUCTS LTD.

Plaintiff,

-v-

INNOVATIVE USA, INC., a Connecticut corporation, d/b/a INNOVATIVE KIDS

Defendant.

Case No._____

**Rule 7.1 Statement**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: July 23, 2010

Signature of Attorney

Attorney Bar Code: cbecker@kasowitz.com

Form Rule7_1.pdf  SDNY Web 10/2007